IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| MUJAHID BROWN, | ) | CASE NO. 1:18-cv-185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTO | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF REMOVAL</u>**

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION.

1. On December 22, 2017, an action was filed against Defendant, State Farm Mutual Automobile Insurance Company (incorrectly denoted as State Farm Mutual Auto Insurance Company), in the Common Pleas Court of the State of Ohio, in and for Cuyahoga County entitled *Mujahid Brown v. State Farm Mutual Auto Insurance Company*, Case No. CV 17 890751 and said action was commenced by service of a copy of the Summons and Complaint upon Defendant on December 26, 2017, copies of which are attached as Exhibits A and B. The Answer of Defendant State Farm Mutual Automobile Insurance Company was filed with the Court on January 23, 2018, a copy of which is attached as Exhibit C. No further proceedings have been had herein.

2. The above described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this court by petitioner defendant herein, pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states. The Plaintiff who is suing State Farm, at the time

this action was commenced, was and still is a citizen of the State of Ohio; and the Defendant State Farm, at the time this action was commenced was and still is a corporation incorporated under the laws of the State of Illinois, with its principal place of business in the State of Illinois and was not and is not a citizen of the State of Ohio wherein this action was brought.

    3.    Defendant desires to remove this action into this Court as provided in 28 U.S.C. § 1446(b) and does so within the 30-day requirement.

WHEREFORE, Defendant notifies all parties that the above action now pending in the Court of Common Pleas in the State of Ohio in and for Cuyahoga County is removed to the United States District Court for the Northern District of Ohio, Eastern Division.

    Respectfully submitted,

    GALLAGHER, GAMS, PRYOR,
    TALLAN & LITTRELL, L.L.P.


By:    /s/ Mark H. Gams
    MARK H. GAMS    (0025362)
    Attorney for Defendant, State Farm
    Mutual Automobile Insurance Company
    471 East Broad Street, 19th Floor
    Columbus, Ohio 43215-3872
    (614) 228-5151  FAX: (614) 228-0032
    mgams@ggptl.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon the following by ordinary U.S. mail service this 24th day of January, 2018:

Fred S. Papalardo, Jr.
David R. Grant
Plevin & Gallucci Co., L.P.A.
55 Public Square, Suite 2222
Cleveland, Ohio  44113
Attorneys for Plaintiff

                                              GALLAGHER, GAMS, PRYOR,
                                              TALLAN & LITTRELL, L.L.P.

                                              By:_____/s/ Mark H. Gams_____
                                                 MARK H. GAMS             (0025362)
                                                 Attorney for Defendant, State Farm
                                                 Mutual Automobile Insurance Company

mhg\200769\pl 02 kh